1  David J. Hacker (CA Bar No. 249272)
2  Heather Gebelin Hacker (CA Bar No. 249273)
   ALLIANCE DEFENSE FUND
3  101 Parkshore Drive, Suite 100
   Folsom, California 95630
4  Telephone:   (916) 932-2850
5  Facsimile:   (916) 932-2851

6  Joseph P. Infranco (NY Bar No. 1268739)
   Brett B. Harvey (AZ Bar No. 025120)
7  ALLIANCE DEFENSE FUND
   15100 North 90th Street
8  Scottsdale, Arizona 85260
9  Telephone:   (480) 444-0020
   Facsimile:   (480) 444-0028
10

11 Brian R. Chavez-Ochoa (CA Bar No. 190289)
   CHAVEZ-OCHOA LAW OFFICES, INC.
12 4 Jean Street #4
   Valley Springs, California 95252
13 Telephone:   (209) 772-3013
14 Facsimile:   (209) 772-3090

15 *Attorneys for Plaintiff ProtectMarriage.com*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

|  |  |
|---|---|
| ProtectMarriage.com – Yes on 8, a Project of California Renewal, <br><br> Plaintiff, <br> vs. <br><br> Courage Campaign; Courage Campaign Institute, <br><br> Defendants. | Case No.: 2:10-CV-00132-LKK-DAD <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On January 19, 2010, Plaintiff ProtectMarriage.com – Yes on 8, a Project of California Renewal ("ProtectMarriage") filed suit. Defendants Courage Campaign and Courage Campaign Institute have not yet served an answer or a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of dismissal without prejudice.

Dated this 23rd day of February, 2010.                    Respectfully submitted,

/s/David J. Hacker
David J. Hacker (CA Bar No. 249272)
ALLIANCE DEFENSE FUND
*Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

**PROOF OF SERVICE**

I, David J. Hacker, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On February 23, 2010, I electronically filed the foregoing document described as Plaintiff's Notice of Voluntary Dismissal Without Prejudice, which will be electronically served on Defendants' counsel:

Douglas L. Hendricks
DHendricks@mofo.com, jgrady@mofo.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 23, 2010 at Folsom, California.

/s/David J. Hacker
David J. Hacker (CA Bar No. 249272)
ALLIANCE DEFENSE FUND
Attorney for Plaintiff